UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO ARAGONES,<br><br>    Plaintiff,<br><br>    v.<br><br>SEQUIUM ASSEST SOLUTIONS, LLC.<br><br>    Defendant. | Case No.  1:25-cv-00744-JLT-EPG<br><br>ORDER GRANTING VOLUNTARY DISMISSAL, INC. WITHOUT PREJUDICE<br><br>(ECF No. 9) |

Plaintiff Reynaldo Aragone is proceeding *pro se* against Defendant Sequium Asset Solutions LLC., due to an alleged erroneous reporting of his debt. (ECF No. 1). Along with his complaint, Plaintiff also filed an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915.  (ECF No. 2).

On July 9, 2025, this Court issued findings and recommendations to deny Plaintiff's IFP application because Plaintiff had sufficient funds to pay the filing fee in this action. (ECF No. 4). On July 28, 2025, Plaintiff filed timely objections to the findings and recommendations arguing that he no longer had sufficient funds because those funds had been depleted due to essential living costs and as a result, he would be unable to pay the required $405 filing fee. (ECF No. 5). On August 14, 2025, the district judge ordered that Plaintiff's motion to proceed IFP be denied and directed Plaintiff to pay the filing fee within 21 days. (ECF No. 6). On September 15, 2025, Plaintiff filed a motion to reconsider the denial to proceed IFP, which was denied by the district judge on September 17, 2025. (ECF Nos. 6, 7).

On September 30, 2025, Plaintiff filed a letter to the Court, which explained that he is

1  unable to pay the filing fee at this time and requests dismissal of his case without prejudice so he

2  can file it in the future. Specifically, Plaintiff states:

> Given these circumstances, I am unable to afford the $405 filing fee at this time. Therefore, I have decided to let this case be dismissed for now, with the intention of refiling once my financial situation improves. Your thoughtful decision to allow for future refiling has given me hope and flexibility during a very difficult period, and I am truly grateful.

(ECF No. 9, at p. 2).

The Court construes Plaintiff's filing as a notice of voluntary dismissal. Plaintiff has indicated his choice not to pay the filing fee and let the case be dismissed so that he can refile the case in the future.

Defendant has not yet made an appearance in the action, nor has Defendant filed a motion for summary judgment. Accordingly, Plaintiff's voluntary dismissal GRANTED, and the action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated:  **October 21, 2025**             /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2